BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VERONICA MARCOS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:09-cv-1622 SKO<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

The ALJ will further evaluate the evidence. The ALJ will enter Dr. Morrison's December 21, 2008, mental capacity assessment-which was previously identified as Exhibit 23F and an adjunct to Exhibit 19F, but not included in the exhibit record-into the record and explain whether he is accepting or rejecting the assessment; reevaluate the claimant's credibility and RFC; and reevaluate whether the claimant can return to his past relevant work and/or a significant number

of other jobs given his RFC, obtaining vocational expert testimony if necessary.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                    Respectfully submitted,

Dated: April 13, 2010                  /s/ *Robert Christenson*
                                          (As authorized via email)
                                          ROBERT CHRISTENSON
                                          Attorney for Plaintiff

Dated: April 9, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ *Shea Lita Bond*
                                          SHEA LITA BOND
                                          Special Assistant U.S. Attorney

**ORDER**

Upon review, the stipulation to remand is GRANTED, and the action is REMANDED to the Commissioner of Social Security. The Clerk is directed to enter judgment in favor of Plaintiff Veronica Marcos and against Defendant Michael J. Astrue.

IT IS SO ORDERED.

**Dated:   April 15, 2010**                         **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE