BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VERONICA MARCOS,             ) | Case No. 1:09-cv-1622 SKO |
|        Plaintiff,      ) | |
|             ) | **STIPULATION AND ORDER** |
|     v.             ) | **SETTLING ATTORNEY'S FEES** |
|             ) | **PURSUANT TO THE EQUAL ACCESS** |
| MICHAEL J. ASTRUE,      ) | **TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security,   ) | |
|             ) | |
|       Defendant.      ) | |
|             ) | |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel that, subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, be

awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the

amount of NINE HUNDRED EIGHTY ONE dollars and 76/100 cents ($981.76). This amount

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

attorney fees, and does not constitute an admission of liability on the part of Defendant under the

EAJA. Payment of NINE HUNDRED EIGHTY ONE dollars and 76/100 cents ($981.76) in

EAJA attorney fees, shall constitute a complete release from and bar to any and all claims

Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,


Dated: May 10, 2010                    /s/ *Robert Christenson*
                                       (As authorized via email)
                                       ROBERT CHRISTENSON
                                       Attorney for Plaintiff

Dated: May 10, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


                                       /s/ *Shea Lita Bond*
                                       SHEA LITA BOND
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

### ORDER

Upon review of the parties' stipulation, Plaintiff's counsel is awarded $981.76 in attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C § 2412(d), made payable to Plaintiff's counsel, as compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action. Such payment of EAJA fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. This compromise settlement of Plaintiff's request for EAJA fees does not constitute an admission of liability on the part of Defendant under the EAJA. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney's fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

IT IS SO ORDERED.

**Dated:   May 10, 2010**                    **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE